# Exhibit A

# Session Transcript

**Central Police Services**
45 Elm St
Buffalo, NY 14203        County: Erie

Agency Affiliation       Emergency Communications

| Report Date: | 04/11/2025 12:59:36 |
|---|---|
| Report Date From: | 08/03/2023 |
| Report Date To: | 08/03/2023 |
| Time Block: | 00:00 - 23:59 |
| MDN: | 7163275672 |
| Include System Messages: | False |

Sessions shown are indicative of individual sessions across multiple PSAPs involved in a single call. An entire session from the caller's perspective will be comprised of multiple sessions displayed within this report. Sessions where no messages were sent are excluded.

**Sessions:** 4

---

**SOURCE PSAP: Central Police Services**

MDN: 716-327-5672                                  Text Carrier: TCS TeleCommunication Systems
Session Start: 8/3/2023 4:43:45 AM                 Session End: 8/3/2023 4:46:59 AM
Session Duration: 194 seconds                      Total Messages: 8

**Initial Location:**
8/3/2023 4:43:45 AM       Lat: 42.9571910       Long: -78.8193610

Can you send someone 3442 main stvplease don't call
                                                   8/3/2023 4:43:47 AM

> Briefly, tell me what hapened or why you need help.
> Agent: Unknown Agent (Central Police Services)        8/3/2023 4:44:03 AM

I cant.i have to be brief
                                                   8/3/2023 4:44:36 AM

> What apartment?
> Agent: Unknown Agent (Central Police Services)        8/3/2023 4:44:36 AM

> ?
> Agent: Unknown Agent (Central Police Services)        8/3/2023 4:44:41 AM

B4
                                                   8/3/2023 4:44:47 AM

> What happened?
> Agent: Unknown Agent (Central Police Services)        8/3/2023 4:45:12 AM

> We have a call into dispatch
> Agent: Unknown Agent (Central Police Services)        8/3/2023 4:46:46 AM

---

**SOURCE PSAP: Central Police Services**

MDN: 716-327-5672                                  Text Carrier: TCS TeleCommunication Systems
Session Start: 8/3/2023 4:55:17 AM                 Session End: 8/3/2023 4:59:23 AM
Session Duration: 246 seconds                      Total Messages: 5

**Initial Location:**
8/3/2023 4:55:17 AM       Lat: 42.9574280       Long: -78.8191030

Can you please hurry
                                                   8/3/2023 4:55:19 AM

> Tell me what is happening
> Agent: Unknown Agent (Central Police Services)        8/3/2023 4:55:39 AM

> ????????
> Agent: Unknown Agent (Central Police Services)        8/3/2023 4:56:03 AM

It's bout to be a domestic I can. Tell how he acting and talking to himself about me
                                                   8/3/2023 4:57:01 AM

> Ok we have a call in for the police watch for them.
> Agent: Unknown Agent (Central Police Services)        8/3/2023 4:57:25 AM

---

**SOURCE PSAP: Central Police Services**

MDN: 716-327-5672                                  Text Carrier: TCS TeleCommunication Systems
Session Start: 8/3/2023 5:00:36 AM                 Session End: 8/3/2023 5:02:08 AM
Session Duration: 92 seconds                       Total Messages: 4

**Initial Location:**

| | | | |
|---|---|---|---|
| 8/3/2023 5:00:36 AM | Lat: 42.9571910 | Long: -78.8193610 | |
| I just put a request in please hurry | | | |
| | 8/3/2023 5:00:38 AM | | |
| | | Leave the apartment if you have to , to be safe. | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:01:12 AM |
| I can't move he.is talking to his self I need assistance now | | | |
| | 8/3/2023 5:01:16 AM | | |
| | | We have a call into police radio | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:01:20 AM |

| | |
|---|---|
| **SOURCE PSAP: Central Police Services** | |
| MDN: 716-327-5672 | Text Carrier: TCS TeleCommunication Systems |
| Session Start: 8/3/2023 5:13:00 AM | Session End: 8/3/2023 5:22:29 AM |
| Session Duration: 569 seconds | Total Messages: 21 |

| | | | |
|---|---|---|---|
| **Initial Location:** | | | |
| 8/3/2023 5:13:00 AM | Lat: 42.9553880 | Long: -78.8193610 | |
| Could you tell them please rush cause it's gonna get bad | | | |
| | 8/3/2023 5:13:02 AM | | |
| | | Where is the emergency? | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:13:16 AM |
| Already told you 3443 main b4 | | | |
| | 8/3/2023 5:13:53 AM | | |
| | | what is the address | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:13:59 AM |
| | | police are there | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:14:03 AM |
| | | can you see them | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:14:10 AM |
| | | what else is going on | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:14:22 AM |
| No | | | |
| | 8/3/2023 5:14:27 AM | | |
| They have the lock code to let self in | | | |
| | 8/3/2023 5:15:40 AM | | |
| | | so you said 3442 first time | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:16:06 AM |
| I need that and knock on door | | | |
| | 8/3/2023 5:16:14 AM | | |
| | | is it that or 3443 | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:16:16 AM |
| 3442 main b4 | | | |
| | 8/3/2023 5:16:27 AM | | |
| | | ok police are there | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:17:06 AM |
| | | who has lock code | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:17:22 AM |
| I can't coem down an let them in | | | |
| | 8/3/2023 5:17:33 AM | | |
| They are supposed to have it | | | |
| | 8/3/2023 5:17:52 AM | | |
| I can throw my keys | | | |
| | 8/3/2023 5:19:50 AM | | |
| | | ok i let them know about the code | |
| | | Agent: Unknown Agent (Central Police Services) | 8/3/2023 5:21:23 AM |

|  | told them to come up to b4 mand knock on the door |
|---|---|
|  | Agent: Unknown Agent (Central Police Services)   8/3/2023 5:21:55 AM |
| Ok |  |
| 8/3/2023 5:22:15 AM |  |

Page 1 of 1